UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60917-CIV-JORDAN

MEGGON CLARKE,

    Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC.
and WMC MORTGAGE CORP.,

    Defendants.
_____/

## CERTIFICATION OF TRANSFER TO MAGISTRATE JUDGE

    This matter comes before the undersigned pursuant to Administrative Order 2008-09, the undersigned United States Magistrate Judge certifies that the above captioned case presently has no fully briefed referred pending motions and is therefore, ready to be transferred to United States Magistrate Judge McAliley.

    DONE AND ORDERED at Miami, Florida, this **21st** day of August, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Court Judge Jordan
U.S. Magistrate Judge McAliley